Form 177 – fnldec

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

                        Case No.: 10−19271−JKS
                        Chapter: 13
                        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Michael Robert Reda | Michele Marie Reda |
| 9 Michael Court | aka Michele Marie Fischer |
| Newton, NJ 07860 | 9 Michael Court |
| | Newton, NJ 07860 |

Social Security No.:
  xxx−xx−1920                                       xxx−xx−1078

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Marie−Ann Greenberg is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>September 27, 2016</u>         <u>John K. Sherwood</u>
                                            Judge, United States Bankruptcy Court